UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TIMOTHY ONEAL SHOWERS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-1668** |
| **LOUISIANA HEALTHCARE CONNECTIONS, INC.** | **SECTION "O"** |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation[1] of the United States Magistrate Judge, and the failure[2] of the Plaintiff Timothy Oneal Showers to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's complaint be **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

New Orleans, Louisiana, this 4th day of December, 2025.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 7.

[2] Any party may file an objection within fourteen days after being served a copy of a U.S. Magistrate Judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). To date, Plaintiff has not filed an objection to the Report and Recommendation issued by U.S. Magistrate Judge Dossier on November 17, 2025. ECF No. 7.